United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**CV 15 4728**

AMON, CH.J.
BLOOM, M

Filed July 30, 2015

Copy to:
New Scotland Yard
Broadway
London, England
Ph 011-44-207-230-1274

Colonel Maurice Maynard Moynan
151 Clarkson Avenue
Brooklyn, New York 11203
Fax - 718-636-9336
Atty - Maynard
Office - 718-245-2241
Atty for Maurice Maynard

vs.

Comptroller Scott Stringer
Office of the Comptroller
One Centre Street
New York, New York 10007
Phone - 212-669-3916
Fax - 212-669-2707

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

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 03 2015 ★
BROOKLYN OFFICE

Magistrate Judge
Lois Bloom

Chief Judge
Carol Bagley Amon

Hearing Motions
For Discovery
① Class-Cases-Status
② Procedure For
Receiving Damages
From City Agencies
Involved with
Compensatory
Punitive
Nominal
Damages To
Corporations
Subpoenas
Injunctions

Plaintiff is Newcomer needs Motion For Discovery

Plaintiff seeks procedure for filing for damages in the prior:

THE MCM BUSINESS CONSULTANTS CORPORATION
323 EAST 23ND STREET
BROOKLYN, NEW YORK 11226-7006
FAX - 718-636-5776
ATTY - MAURICE MAYNARD

FIVE HUNDRED MILLION DOLLARS
TOTAL AMOUNT
PAID TO AROW
PRESIDENT
MAURICE MAYNARD MEYER

COMPENSATORY / PUNITIVE / NOMINAL DAMAGES FROM
AUGUST 28, 1977 - TO - MAY 29, 2011 - TO RECOVER

From the
HEALTH AND HOSPITALS CORPORATION
125 WORTH STREET
NEW YORK, NEW YORK 10013

USPS/EMS 9 (U) 1976 - FTM

F.T.M. ONLY A FACTOR

DAMAGES ALSO BASED TO: MR. JACK W. RAWLEY
EACH PSYCHIATRIC             NEW BRUNSWICK, NEW JERSEY
ADMISSION     HOSPITAL
AND
DISCHARGE + RETENTION / PSYCHIATRIC MALPRACTICE

Colonel Maurice Maynard Meyer

## Fax Confirmation Report

```
Date & Time     : 30-JUL-2015 06:58PM THU
Fax Number      : 7182451111
Fax Name        : @
Model Name      : WorkCentre 3550
```

Total Pages Scanned: 1

| No. | Remote Station | StartTime | Duration | Page | Mode | Job Type | Result |
|---|---|---|---|---|---|---|---|
| 001 | 12126692707 | 30-07 06:57PM | 00'20 | 001/001 | EC | HS | Success |

Abbreviations:
HS: Host Send         PL: Polled Local       CP: Completed    TS: Terminated by System
HR: Host Receive      PR: Polled Remote      FA: Fail         TU: Terminated by User
MS: Mailbox Save      WS: Waiting To Send    RP: Report       G3: Group3
MP: Mailbox Print     EC: Error Correct

THUM AM - July 29, 2015

TO. Office of the Comptroller
Comptroller Scott Stringer
Once Centre Street
New York, New York 10007
Fax - 212-669-2707
Intake - 212-669-7810

Please Send To - My Attention
Re - Organism 15-AAC/GM/Front

The Core of the CB Claims
Regarding: None of Claim
Procedures, and Forms - to be
How to Receive - Funds paid to you
From the Office of Comptroller
From Any Civil Lawsuit in Federal Court - E.D.N.Y.
Maurice Maynard    MAURICE MAYNARD
Home                  #51 Clarkson Avenue #51 Clarkson Avenue
718-245-1220 Home    Brooklyn, New York 11203
Althea               Intake - 718-245-2241    The Health and
Maurice Maynard                                Hospital Corporation
                     To Claim - Monies for    125 Worth Street
                     With Any City Agency     New York, New York
                     As First                 10013

Ethun Martin 292[?]

TO: Office of the Comptroller
Comptroller Scott Stringer
One Centre Street
New York, New York 10007
EMF - 212-669-2207
Intr - 212-669-7516

Please send to my attention
Re - Overnight - MAC/UPS/FedEx
The core of the City Laws
Regarding: Notice of Claim
Procedures and Forms - to see
How to receive - Funds paid to you
from the Office of Comptroller,
From any Civil Lawsuit in Federal Court - E.D.N.Y.

MAURICE MAYNARD    MAURICE MAYNARD
451 Clarkson Ave    451 CLARKSON AVENUE
Brooklyn, New York 11203
(tel - 718-249-2241

Phone
718-249-1220 Ah
All Fax
MAURICE MAYNARD

TO - CLAIM - MONEY OWE
with an City Agency
as ever

The Health and
Hospitals Corporation
125 Worth Street
New York, New York
10013